# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEROY JAMES WOODS

NO. 2019 KW 1573

JAN 1 6 2020

---

In Re:   Leroy James Woods, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-12-0113.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED AS MOOT.**  The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's Motion for New Trial on September 6, 2019.

                          **JMM**
                          **MRT**
                          **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT